Jacksonville Loan and Improvement Company, a corporation under the laws of Florida, Plaintiff in Error, vs. George A. Maxwell, D. E. Maxwell and Benjamin R. Powell, Defendants in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

E. P. Axtell and C. D. Rinehart, for Plaintiffs in Error.

J. S. Maxwell and A. W. Cockrell & Son, for Defendant in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error.

Writ of error dismissed on motion of counsel for plaintiff in error.